IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Nicholas James Ehlers, | ) | Case No. 8:19-cv-00321-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Campus Apartments, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on Plaintiff's Complaint alleging discrimination in violation of the Americans with Disabilities Act.  ECF No. 1.  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings and a Report and Recommendation ("Report").  On October 23, 2019, Defendant filed a Motion for Summary Judgment.  ECF No. 29.  Plaintiff filed a Response in Opposition.  ECF No. 32.  On March 23, 2020, the Magistrate Judge issued a Report recommending that the Motion for Summary Judgment be granted.  ECF No. 38.  The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.  Plaintiff has filed no objections, and the time to do so has passed.

      The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court.  See *Mathews v. Weber*, 423 U.S. 261 (1976).  The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  See 28 U.S.C. § 636(b).  The Court will review the Report only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

     After considering the record in this case, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error and agrees with the Report's recommendation.  Defendant's Motion for Summary Judgment [29] is **GRANTED**.

     IT IS SO ORDERED.

**s/ Donald C. Coggins, Jr.**
United States District Judge

May 18, 2020
Spartanburg, South Carolina